## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RAFAEL CARINO-CARBAJAL**                                                    **PLAINTIFF**
**ADC #179547**

**v.**                                    **Case No. 4:26-cv-00201-LPR-ERE**

**JAMES GIBSON, et al.**                                                      **DEFENDANTS**

### <u>ORDER</u>

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 6).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1.      Plaintiff's claims against Defendants Wellpath and H.I.G. Capital are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

2.      Plaintiff's failure to train claims and official-capacity claims for money damages against all remaining Defendants are DISMISSED without prejudice for failure to state a claim for relief.

DATED this 21st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's adoption of the PRD should not be taken as a comment one way or the other on the viability of the served claims.  The Court is only analyzing the dismissal recommendations.