**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RAFAEL CARINO-CARBAJAL** **PLAINTIFF**
**ADC #179547**

**v.** **Case No. 4:26-cv-00201-LPR-ERE**

**JAMES GIBSON, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 15). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. The ADC Defendants' Motion to Dismiss (Doc. 11) is GRANTED.

2. Plaintiff's claims against the ADC Defendants are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

3. The Clerk is directed to terminate James Gibson, Aundrea Culclager, and Dexter Payne as party Defendants.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE