**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RAFAEL CARINO-CARBAJAL** **PLAINTIFF**
**ADC #179547**

**v.** **Case No. 4:26-cv-00201-LPR-ERE**

**JAMES GIBSON, et al.** **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 17). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against the Doe Defendant are DISMISSED without prejudice based on his failure to identify or provide a service address for the Doe Defendant.

2. The Clerk is directed to terminate the Doe Defendant as a party Defendant.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE