**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RAFAEL CARINO-CARBAJAL** **PLAINTIFF**
**ADC #179547**

**v.** **Case No. 4:26-cv-00201-LPR-ERE**

**JAMES GIBSON, et al.** **DEFENDANTS**

# ORDER

The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 22).[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. The Medical Defendants' Motion for Summary Judgment (Doc. 18) is GRANTED.

2. Plaintiff's claims against Defendants Melissa E. Moore, Melveta Henry, Marsha Miller, and Silakhone Douangkesone are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. The Clerk is directed to close this case.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

[1] The RD was entered as a Partial Recommended Disposition because the Court had not yet ruled on other pending recommendations to dismiss other claims and Defendants in this case. Now that the Court has adopted those recommendations and dismissed all other claims and Defendants, the Court treats this document as a final Recommended Disposition that disposes of all remaining claims and Defendants in the case. A corresponding Judgment will follow.

DATED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE